**REQT**
M. Craig Murdy, State Bar No. 007108
murdy@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada  89118
Telephone: 702-893-3383
Facsimile: 702-893-3789
Firm Email:  www.lbbslaw.com
Attorneys for Defendant Aces High Management, LLC d/b/a Saddle West Hotel, Casino and RV Resort

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KATHLEEN McDERMED,<br><br>          Plaintiff,<br><br>     vs.<br><br>ACES HIGH MANAGEMENT d/b/a SADDLE WEST HOTEL, CASINO and RV RESORT; ROE CORPORATIONS I-X, inclusive, and JOHN DOES I-X, inclusive,<br><br>          Defendants. | CASE NO.:   2:10-cv-1087-RLH-LRL<br><br><br>**REQUEST FOR EXCEPTION** |

Pursuant to this Court's July 8, 2011 Order Scheduling Settlement Conference, Defendant Aces High Management, LLC d/b/a Saddle West Hotel, Casino and RV Resort respectfully request an exception to the Settlement Conference Attendance requirements. Saddle West is insured pursuant to a policy of insurance issued by American Zurich Insurance Company.  See Exhibit 1, Common Policy Declarations. The policy is subject to a self-insured retention of $100,000.00.  See Exhibit 2, Self-Insured Retention Endorsement. Approximately $75,000.00 remains of the self-insured retention. Settlement decisions within the self-insured retention will be made by Saddle West. Saddle West

4827-8211-8154.1                                           1

representative Don Hampton will attend the settlement conference in person. Saddle West would request that the American Zurich representative, Jani Lehane be allowed to attend th settlement conference via telephone.

DATED this 18th day of August, 2011.

**LEWIS BRISBOIS BISGAARD & SMITH, LLP**

*/s/ M. Craig Murdy*

M. Craig Murdy
Attorneys for Defendant Aces High Management, LLC
d/b/a Saddle West Hotel, Casino and RV Resort

**CERTIFICATE OF MAILING**

Pursuant to NRCP 5(b), I certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH, and that on this 18th day of August, 2011, an electronic copy of the foregoing **REQUEST FOR EXCEPTION** was served on the person identified below **via the U.S. District Court file and serve program**:

Cal J. Potter, III, Esq.
John C. Funk, Esq.
Potter Law Offices
1125 Shadow Lane
Las Vegas, NV 89102

*/s/ Becky Finnell*

Employee of Lewis Brisbois Bisgaard & Smith, LLP

4827-8211-8154.1                         2

**REQT**
M. Craig Murdy, State Bar No. 007108
murdy@lbbslaw.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada  89118
Telephone: 702-893-3383
Facsimile: 702-893-3789
Firm Email:  www.lbbslaw.com
Attorneys for Defendant Aces High Management, LLC d/b/a Saddle West Hotel, Casino and RV Resort

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KATHLEEN McDERMED,<br><br>            Plaintiff,<br><br>     vs.<br><br>ACES HIGH MANAGEMENT d/b/a SADDLE WEST HOTEL, CASINO and RV RESORT; ROE CORPORATIONS I-X, inclusive, and JOHN DOES I-X, inclusive,<br><br>            Defendants. | CASE NO.:   2:10-cv-1087-RLH-LRL<br><br>**ORDER** |

THIS MATTER having come before the Court on a Request for Exemption and good cause appearing,

IT IS HEREBY ORDERED allowing American Zurich representative, Jani Lehane, to attend the August 26, 2011 Settlement Conference via telephone.

DATED: __8-19-11_____

_____
U.S. Magistrate Judge

4820-1134-9258.1