CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
POTTER LAW OFFICES
1125 Shadow Lane
Las Vegas, Nevada 89102
Telephone: (702) 385-1954
Facsimile: (702) 385-9081
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KATHLEEN McDERMED,

    Plaintiff,

vs.

ACES HIGH MANAGEMENT d/b/a;
SADDLE WEST HOTEL, CASINO and
RV RESORT; ROE CORPORATIONS
I-X, inclusive, and JOHN DOES I-X,
inclusive,

    Defendants.
                                      /

CASE NO.: 2:10-cv-01087-RLH-LRL

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

    COMES NOW Plaintiff, KATHLEEN McDERMED, by and through her attorney of record, CAL J. POTTER, III, ESQ. of POTTER LAW OFFICES, and Defendants, ACES HIGH MANAGEMENT d/b/a SADDLE WEST HOTEL, CASINO and RV RESORT, by and through their attorneys of record, M. CRAIG MURDY, ESQ., of LEWIS BRISBOIS BISGAARD AND SMITH and hereby stipulate and agree to dismiss all claims brought by Plaintiff KATHLEEN McDERMED against ACES HIGH MANAGEMENT d/b/a SADDLE WEST HOTEL, CASINO and RV RESORT, with prejudice.

///
///
///
///
///

IT IS ALSO STIPULATED that each party is to bear their respective costs and fees.

DATED this __4__ day of January, 2012.          DATED this ____ day of January, 2012.

POTTER LAW OFFICES                              LEWIS BRISBOIS BISGAARD & SMITH

By: _____                   By: _____
CAL J. POTTER, III ESQ.                         M. CRAIG MURDY, ESQ.
Nevada Bar No. 1988                             Nevada Bar No. 7108
1125 Shadow Lane                                6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89102                         Las Vegas, Nevada 89118
*Attorney for Plaintiff*                        *Attorney for Defendants*

IT IS SO ORDERED.

DATED this 19th day of January, 2012.

_____
U.S. DISTRICT JUDGE