1 | CAL J. POTTER, III, ESQ.
Nevada Bar No. 1988
2 | POTTER LAW OFFICES
1125 Shadow Lane
3 | Las Vegas, Nevada 89102
Telephone: (702) 385-1954
4 | Facsimile:  (702) 385-9081
*Attorneys for Plaintiff*

5

6 | **UNITED STATES DISTRICT COURT**

7 | **DISTRICT OF NEVADA**

8

9 | KATHLEEN McDERMED,

Plaintiff,

10 | | CASE NO.: 2:10-cv-01087-RLH-LRL

vs.

11

12 | ACES HIGH MANAGEMENT d/b/a;
SADDLE WEST HOTEL, CASINO and
RV RESORT; ROE CORPORATIONS
13 | I-X, inclusive, and JOHN DOES I-X,
inclusive,

14

Defendants.

15 | _____ /

16 | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

17 | COMES NOW Plaintiff, KATHLEEN McDERMED, by and through her attorney of

18 | record, CAL J. POTTER, III, ESQ. of POTTER LAW OFFICES, and Defendants, ACES HIGH

19 | MANAGEMENT d/b/a SADDLE WEST HOTEL, CASINO and RV RESORT, by and through

20 | their attorneys of record, M. CRAIG MURDY, ESQ., of LEWIS BRISBOIS BISGAARD AND

21 | SMITH and hereby stipulate and agree to dismiss all claims brought by Plaintiff KATHLEEN

22 | McDERMED against ACES HIGH MANAGEMENT d/b/a SADDLE WEST HOTEL, CASINO

23 | and RV RESORT, with prejudice.

24 | ///

25 | ///

26 | ///

27 | ///

28 | ///

1    IT IS ALSO STIPULATED that each party is to bear their respective costs and fees.

2    DATED this __4__ day of January, 2012.          DATED this ____ day of January, 2012.

3    POTTER LAW OFFICES                               LEWIS BRISBOIS BISGAARD & SMITH

4

5    By:_____                    By:_____
6    CAL J. POTTER, III ESQ.                          M. CRAIG MURDY, ESQ.
     Nevada Bar No. 1988                              Nevada Bar No. 7108
7    1125 Shadow Lane                                 6385 S. Rainbow Blvd., Suite 600
     Las Vegas, Nevada 89102                          Las Vegas, Nevada 89118
8    *Attorney for Plaintiff*                         *Attorney for Defendants*

9                IT IS SO ORDERED.

10               DATED this 19th day of January, 2012.

11

12

13   _____
     U.S. DISTRICT            JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2